DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9, <br><br> Plaintiff, <br><br> vs. <br><br> LOG CABIN MANOR HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, Inclusive, And ROE CORPORATIONS I-X, Inclusive, <br><br> Defendants. <br><br> SFR INVESTMENTS POOL 1, LLC, <br> Counterclaimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for DHI MORTGAGE COMPANY, LTD.; VICTORIA J. ARBOLDEA, an individual and JOAQUIN VALDEZ, an individual, <br><br> Counter-Defendant/Cross-Defendant. | Case No.: 2:15-cv-02026-MMD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 12, 2018 ORDER (ECF No. 104)** |

1

46021064;1

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9 (**BoNYM**), SFR Investments Pool 1, LLC (**SFR**), and Log Cabin Manor Homeowners' Association (**HOA**), stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's January 12, 2018 order (ECF No. 104).

1. On January 12, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 104.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 104.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. BoNYM's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

///

///

///

///

///

2

46021064;1

WHEREFORE, the BoNYM, SFR, and the HOA respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 12, 2018 order, ECF No. 104, up to, through and including August 21, 2018.

DATED this 7th day of August, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Cir., Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |
| **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>*/s/ Robert S. Larsen*<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>BRIAN K. WALTERS, ESQ.<br>Nevada Bar. No. 9711<br>300 S. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Log Cabin Manor Hommeowners' Association* | |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

August 8, 2018
_____
**DATED**

3

46021064;1