DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9,<br><br>Plaintiff,<br>vs.<br><br>LOG CABIN MANOR HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, Inclusive, And ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-02026-MMD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO LOG CABIN MANOR HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

{38615645;1}
46707086;1

SFR INVESTMENTS POOL 1, LLC,

    Counterclaimant/Crossclaimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for DHI MORTGAGE COMPANY, LTD.; VICTORIA J. ARBOLDEA, an individual and JOAQUIN VALDEZ, an individual,

    Counter-Defendant/Cross-Defendant.

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9 (**BoNYM**) and Log Cabin Manor Homeowners' Association (**Log Cabin**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **November 2, 2018**, to file its response to Log Cabin Manor Homeowners Association's motion for partial summary judgment, which is currently due on October 19, 2018, pursuant to ECF No. 115. The motion was filed on September 28, 2018.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{38615645;1}
46707086;1

2

*The Bank of New York Mellon vs. Log Cabin Manor Homeowners Association*
*2:15-cv-02026-MMD-CWH*

DATED this 16th day of October, 2018.

| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/Natalie L. Winslow* _____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9* | */s/Brian K. Walters* _____<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>BRIAN K. WALTERS, ESQ.<br>Nevada Bar. No. 9711<br>300 S. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Log Cabin Manor Homeowners' Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: October 17, 2018

3

{38615645;1}
46707086;1