# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9,

        Plaintiff,

v.

LOG CABIN MANOR HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, Inclusive, And ROE CORPORATIONS I-X, Inclusive,

        Defendants.

v.

SFR INVESTMENTS POOL 1, LLC,

        Counterclaimant,

v.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006- OC9, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-OC9; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for DHI MORTGAGE COMPANY, LTD.; VICTORIA J. ARBOLDEA, an individual and JOAQUIN VALDEZ, an individual,

        Counter-Defendants/Cross-Defendants.

DEFAULT JUDGMENT

Case Number:  **2:15-cv-02026-MMD-CWH**

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that default judgment is hereby entered against Joaquin Valdez and Victoria J. Arboleda.

|  |  |
|---|---|
| January 23, 2019 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ L. Haywood |
|  | Deputy Clerk |

