NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9,<br><br>Plaintiff,<br>vs.<br><br>LOG CABIN MANOR HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, Inclusive, And ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC9; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for DHI MORTGAGE COMPANY, LTD.; VICTORIA J. ARBOLDEA, an individual and JOAQUIN VALDEZ, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No.: 2:15-cv-02026-MMD-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

52887583;1

TO:   **ALL PARTIES OF RECORD AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that that Thera A. Cooper, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Copper, be removed from the service list.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9 in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Natalie L. Winslow, Esq. and Rex D. Garner, Esq.

DATED this 28th day of April, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC9, Mortgage Pass-Through Certificates, Series 2006-OC9 and Mortgage Electronic Registration Systems, Inc.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 22, 2020

_____
UNITED STATES DISTRICT JUDGE

2

52887583;1